UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** November 7, 2022 | **Time:** 2:12-2:49 PM | **Judge:** Edward J. Davila |
| | **Total Time:** 27 min | |
| **Case No.:** 5:20-CR-00373-1 EJD | **Case Name:** *United States v. Matthew Sanchez* (P) (NC) | |

**Attorney for Plaintiff:** Christina Liu

**Attorney for Defendant:** Tamara Crepet

**Deputy Clerk:** Cheré Robinson          **Court Reporter:** Irene Rodriguez

**Probation Officer:** Cindy Suntay

### PROCEEDINGS - SENTENCING

Defendant present and not in custody. Hearing held.

The Court GRANTS a departure.

The Court sentenced Defendant as follows:

> Defendant is sentenced to 75 months as to Counts One and Two of the Superseding Information (ECF No. 79, filed May 24, 2022), to be served concurrently. Defendant is remanded to the Bureau of Prisons to be imprisoned for said term.
>
> Upon release from imprisonment, the Defendant shall serve a term of 3 years supervised release, to be served concurrently as to Counts One and Two of the Superseding Information. The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.
>
> A special assessment fee of $200 is imposed. The imposes no fine.

Defendant shall self-surrender on February 8, 2023, by 2:00 p.m. to the designated facility; if a facility has not been designated, Defendant shall self-surrender to the U.S. Marshal's office. All present conditions of release remain in effect until such surrender.

The Court makes the following recommendation: The Defendant be designated to a facility as close as possible to Monterey County, where Defendant's family resides. The Court finds that family visitation enhances rehabilitation.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: